```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 06869
    JAMES MILTON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3961

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 03/22/2008 and was not confirmed.

    The case was dismissed without confirmation 05/28/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
PROPERTY ASSET MANAGEMEN   NOTICE ONLY    NOT FILED             .00           .00
CHASE HOME FINANCE LLC     CURRENT MORTG       .00              .00           .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE       .00              .00           .00
IL STATE DISBURSEMENT UN   DSO ARREARS    NOT FILED             .00           .00
TSYS DEBT MANAGEMENT INC   UNSECURED      NOT FILED             .00           .00
CREDIT PROTECTION          UNSECURED      NOT FILED             .00           .00
CREDIT PROTECTION          UNSECURED      NOT FILED             .00           .00
GREAT AMERICAN FINANCE     UNSECURED      NOT FILED             .00           .00
HOUSEHOLD RETAIL           UNSECURED      NOT FILED             .00           .00
JVDB & ASSOC INC           UNSECURED      NOT FILED             .00           .00
NCO FINANCIAL GROUP        UNSECURED      NOT FILED             .00           .00
RMI/MCSI                   UNSECURED          250.00            .00           .00
BENNIE W FERNANDEZ         DEBTOR ATTY      2,873.00                          .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                          833.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  833.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                833.00
                     ---------------    ---------------
TOTALS                   833.00              833.00



             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 06869 JAMES MILTON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 08/26/08                      _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```